IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Brayan Daniel Hernandez-Hernandez<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, *Administrator, Moshannon Valley ICE Processing Center*, et al.,<br><br>Respondents, | ) ) ) ) ) ) ) ) ) | 3:26-CV-01880-MJH |

**ORDER**

Petitioner's Motion for Temporary Restraining Order Related to 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, ECF No. 2, is DENIED. Petitioner seeks to enjoin transfer outside of the Western District of Pennsylvania. Additionally, Petitioner seeks to enjoin removal proceedings from the United States. This Court lacks authority to grant the requested relief, as the places of detention for aliens pending removal is left to the discretion of the Attorney General. 8 U.S.C. § 1231(g)(1). *See also Sinclair v. Atty Gen.*, 198 F. Appx 222 n.3 (3d Cir. 2006). Congress has "limited federal district courts' jurisdiction to review decisions or actions made pursuant to the sound discretion of DHS officials[.]" *Jane v. Rodriguez*, No. CV 20-5922 (ES), 2020 WL 10140953, at *1 (D.N.J. May 22, 2020). 8 U.S.C. § 1252(a)(1)(B)(ii) provides that "no court shall have jurisdiction to review any decision or action of the Attorney General or the Secretary of Homeland Security the authority for which is specified under this subchapter to be in the discretion of the Attorney General or the Secretary of Homeland Security...." In *Khalil v. President, United States*, No. 25-2162, 2026 WL 111933, at *1 (3d Cir. Jan. 15, 2026), the Third Circuit held that a District Court lacks jurisdiction over any action or proceedings brought

to remove an alien from the United States. *See Davis v. Warden Pike Cty. Corr. Facility*, No. 4:22-cv-20, 2022 WL 4391686, at * 4 (M.D. Pa. Aug. 18, 2022) ("The only remedy for an alien challenging [his] mandatory detention is a bond hearing."). Therefore, because the Court lacks jurisdiction to enjoin both transfer and removal proceedings, Petitioner's Motion for a Temporary Restraining Order is DENIED.

While Petitioner's request for Temporary Restraining Order is DENIED, the Court RESERVES JUDGMENT on the relief requested in the Petition for Writ of Habeas Corpus.

BY THE COURT:

Marilyn J. Horan
United States District Judge

BRAYAN DANIEL HERNANDEZ-HERNANDEZ
A241956827
MOSHANNON VALLEY PROCESSING CENTER
LEGAL MAIL - Open in Presence of Detainee
555 GEO DRIVE
PHILIPSBURG, PA 16866