**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRAYAN DANIEL HERNANDEZ HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, MOSHANNON VALLEY PROCESSING CENTER, *et al.*,<br><br>Respondents. | ) | Case No. 3:26-CV-01880<br>Judge Marilyn J. Horan |

**ORDER**

For the reasons stated on the record in this Court's October 23, 2026, hearing on this matter, this 23rd day of October 2026, it is hereby **ORDERED** as follows:

1. Based on this District's precedent, Respondents will immediately release Petitioner from immigration detention and transport him to his home located at 9532 Trio Ln, Manassas, VA 20112. *Medina Hurtado v. Field Office Director*, No. 3:26-cv-00775 (W.D. Pa. Sept. 14, 2026); *Medina Hurtado v. Field Office Director*, No. 3-26-cv-00775, at *2 (W.D. Pa. Oct. 15, 2026); *J.G.M. v. Oddo*, No. 3:26-cv-01535, 2026 WL 3001371, at *3 (W.D. Pa. Oct. 6, 2026).
2. Respondents shall transfer Petitioner to his home located at 9532 Trio Ln, Manassas, VA 20112 within three (3) days of entry of this order.
3. Respondents will provide Petitioner will any and all of his belongings upon his release, and his belongings will accompany him to his home located at 9532 Trio Ln, Manassas, VA 20112.

4. Upon release, Respondents will not require Petitioner to check-in with immigration authorities more than once in any ninety (90) day period during the pendency of his removal proceedings.

5. With no further action required by the Court at this time, the Clerk of Court shall mark this matter closed.

BY THE COURT:

DATED: October 23, 2026

Marilyn J. Horan
United States District Judge